No. 228. FRANK MCKNIGHT, PLAINTIFF IN ERROR, *v.* STATE OF NEW MEXICO. In error to the Supreme Court

of the State of New Mexico. Argued March 20, 1918.
Decided March 25, 1918. *Per Curiam.* Dismissed for
want of jurisdiction upon the authority of *McCorquodale
v. Texas,* 211 U. S. 432, 437; *Forbes* v. *State Council of Virginia,* 216 U. S. 396, 399; *St. Louis & San Francisco R. R.
Co.* v. *Shepherd,* 240 U. S. 240, 241; *Bilby* v. *Stewart, ante,*
255. *Mr. C. O. Thompson* and *Mr. William A. Dunn* for
plaintiff in error. *Mr. Harry L. Patton,* for defendant in
error, submitted.